IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:04CV27-C

| | | |
|---|---|---|
| WILLIAM R. HOLLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SPX CORPORATION, UNITED | ) | |
| DOMINION INDUSTRIES, INC., AMALCO | ) | |
| and any ERISA EMPLOYEE BENEFIT | ) | |
| PLAN TO WHICH PLAINTIFF'S CLAIMS | ) | |
| MIGHT RELATE | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff Holland's Motion to Extend Deadlines (Doc. No. 34) filed on July 14, 2005.

After reviewing Plaintiff's Motion, and finding good cause and that the Defendants' counsel consents to the requested extension, the Court grants Plaintiff's Motion.

It is hereby **ORDERED** that all due dates and deadlines set forth in the Court's April 13, 2005 Order Extending Deadlines (Doc. No. 33) are extended ninety (90) days as follows:

1. DISCOVERY DEADLINES: Reports from retained experts will be due from Plaintiff by 10/12/2005, and from Defendants by 11/11/2005.

2. DISCOVERY COMPLETION: All discovery, except for expert depositions, shall be completed no later than 12/27/2005.

3. MOTIONS DEADLINE: All motions excepts Motion *in Liminie* and Motions to Continue shall be filed no later than 1/30/2006.

4. ADR: The deadline for completing ADR and filing the report on the results is 1/30/2006.

**Signed: August 10, 2005**

Robert J. Conrad, Jr.
United States District Judge